UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-04580-SPG-KS | Date | July 10, 2024 |
| Title | Stephanie McLees v. Experian Information Solutions, Inc., et al. | | |

| Present: The Honorable | SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE |
|---|---|
| P. Gomez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** (IN CHAMBERS) NOTICE OF DISMISSAL

Defendant Experian Information Solutions, Inc. filed a stipulation of dismissal with prejudice signed by all parties, (ECF No. 53), which is effective to close the case pursuant to FRCP 41(a)(1)(A)(ii). The case is therefore closed. (JS-6). Accordingly, all pending dates are vacated and taken off calendar.

                                                                                          :

                                         Initials of Preparer    pg